UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VEGA,<br>        Petitioner,<br>v.<br>WARREN L. MONTGOMERY, Warden,<br>        Respondent. | Case No. 16-cv-05145-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying the Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: October 24, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge